IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 24 PM 3:56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| JAMES HANNA, | X | |
| Plaintiff, | X | |
| vs. | X | No. 04-2054-Ma/V |
| MOCK INC. d/b/a HI-SPEED INDUSTRIAL SERVICE, | X | |
| Defendant. | X | |

ORDER DENYING APPOINTMENT OF COUNSEL

Plaintiff James Hanna filed a *pro se* complaint pursuant to the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*, and the Americans with Disabilities Act, 42 U.S.C. § 12111 *et seq.*, on January 29, 2004 and paid the civil filing fee. The Court issued an order on February 10, 2004 directing the clerk to issue a summons to plaintiff and the plaintiff to effect service on the defendant. The plaintiff filed a motion seeking appointment of counsel on July 8, 2004. As the plaintiff has not demonstrated that he is indigent, he is not eligible for appointed counsel.

IT IS SO ORDERED this 24th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02054 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James Hanna
6217 Benjestown
Memphis, TN 38127

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT