IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN -7 PM 2:49
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JAMES HANNA, | ) |
| Plaintiff, | ) |
| vs. | ) No. ~~04-2504~~ 04-2054-MaV |
| MOCK, INC., | ) |
| Defendant. | ) |

ORDER

On June 6, 2005, the court received a letter and computer diskette from the pro se plaintiff. It is unclear what the plaintiff is seeking from the court. The case is set for a pretrial conference before Judge Mays on June 17, 2005, and the trial is set on July 5, 2005, also before Judge Mays.

The plaintiff is cautioned that it is not appropriate for a party to initiate an <u>ex parte</u> communication with a judge or magistrate judge. Local Rule 83.5(a) provides, in pertinent part, as follows: "A copy of all letters sent to a judge shall also be sent to all other counsel involved in the action (or any party acting pro se) and to the Clerk of the Court." Nothing on the face of the plaintiff's letter indicates that a copy was sent to defense counsel and to the Clerk. The Clerk is ORDERED to

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-7-05



file the letter, and the plaintiff is ORDERED to send defense counsel a copy of his letter and to file a certificate of service with the Clerk.

IT IS SO ORDERED this 7th day of June, 2005.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02054 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

James Hanna
6217 Benjestown
Memphis, TN 38127

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT