```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

FILED BY *OG* D.C.
05 JUN -7 PM 4: 27
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JAMES HANNA,

    Plaintiff,

VS.                                             NO. 04-2054-MaV

MOCK, INC., d/b/a
HI SPEED INDUSTRIAL SERVICE,

    Defendant.

## ORDER OF DISMISSAL

The parties have submitted a "Notice of Dismissal With Prejudice" in this matter indicating that plaintiff wishes to dismiss this lawsuit. The defendant consents to the dismissal. It is therefore ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs, including attorneys' fees.

    Entered this 7th day of June, 2005.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02054 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James Hanna
6217 Benjestown
Memphis, TN 38127

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT