UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ＷＫ＿ D.C.

05 JUN 13 PM 5: 35

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JAMES HANNA,

    Plaintiff,

v.                                            Cv. No. 04-2054-Ma

MOCK, INC., d/b/a
HI SPEED INDUSTRIAL SERVICE,

    Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal docketed June 8, 2005. Each party shall bear its own costs and attorneys' fees.

APPROVED: _/s/_

---
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 13, 2005
---
DATE

ROBERT R. DI TROLIO
---
CLERK

_Earline Grayer_
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02054 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

James Hanna
6217 Benjestown
Memphis, TN 38127

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT